# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Raytheon Company, ) ASBCA No. 59755
  Space & Airborne Systems )
)
Under Contract No. H94003-04-D-0006 )

APPEARANCES FOR THE APPELLANT: Paul E. Pompeo, Esq.
Brandon M. Bodnar, Esq.
  Arnold & Porter LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Joel B. Lofgren, Esq.
Lt Col Mark E. Allen, USAF
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59755, Appeal of Raytheon Company, Space & Airborne Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals